THE CITY OF NEW YORK, Appellant, *v.* CITIZENS WATER SUPPLY COMPANY OF NEWTOWN, Respondent.

*Appeal — motion to dismiss appeal on ground that questions involved had become academic denied.*

Reported below, 199 App. Div. 169.

(Submitted February 27, 1923; decided March 6, 1923.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 16, 1921, affirming a judgment in favor of defendant entered upon an order of Special Term granting a motion by defendant for judgment on the pleadings.

The motion was made upon the ground that the questions involved had become academic.

*Samuel F. Moran* for motion.

*George P. Nicholson,* Corporation Counsel (*Joseph A. Devery* of counsel), opposed.

Motion denied, with ten dollars costs.